UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

CHARLES KUMAR EDWARDS, and
MURALI YAMAZULA VENKATA,

Defendants.

CASE NO. 20-CR-00066 (RDM)

## SCHEDULING ORDER

After considering the matters discussed at the status conference held in this case on April 28, 2021, it is ORDERED that the following pre-trial schedule shall apply:

1.      **Motions** – Any motions to dismiss, motions alleging a defect in the prosecution or indictment, motions to suppress, and motions to sever, *see* Fed. R. Crim. P. 12(b)(3)(A-D), shall be filed by **October 11, 2021**. Any responses shall be filed by **October 25, 2021**, and any replies, if necessary, shall be filed by **November 1, 2021**. Oral argument on such motions shall be scheduled if needed.

2.      **Reciprocal Discovery/Expert Witness Notice** – The government has previously provided counsel for both defendants with discovery pursuant to Fed. R. Crim. P. 16(a)(1)(E) governing documents and objects.[1] Defendants shall produce any reciprocal discovery pursuant to Fed. R. Crim. P. 16(b) upon forming the intent to use any item in the defendants' case-in-chief at trial. Should the government intend to present any evidence pursuant to Fed. R. Crim. P.

---

[1] This discovery consisted of seven productions, each of which was accompanied by a Bates-labeled index identifying the contents of the particular production. During such productions, the government made a formal request for reciprocal discovery pursuant to Fed. R. Crim. P. 16(b).

16(a)(1)(F) or (G), or should either defendant intend to present any evidence pursuant to Fed. R. Crim. P. 16(b)(1)(B) or (C), the party shall produce such discovery or file such notice by **October 11, 2021**. Furthermore, if applicable, a defendant shall present a Notice of Alibi defense, including the approximate time, date, and place of the alleged alibi, and//or any notice of any intention to rely on an entrapment defense or a defense involving mental condition or duress by **October 11, 2021**. Responses shall be filed by **October 25, 2021**.

3. **Jencks Materials** – Understanding that the government has already provided the majority of such materials, the government shall produce any Jencks no later than **December 7, 2021**. To the extent that any additional Jencks material is obtained after this deadline, the government shall produce it as soon as practicable, on a rolling basis.

4. **Motions in Limine, 404(b) Evidence** – Any motions *in limine* or notices of intent to offer evidence pursuant to Fed. R. Evid. 404(b) shall be filed by **November 8, 2021**. Responses shall be filed by **November 22, 2021**. Any replies, if necessary, shall be filed by **December 3, 2021**. Oral argument on such motions or notices shall be scheduled if needed.

5. **Proposed Jury Instructions and Voir Dire** – Any unique jury instructions (as discussed during the April 28, 2021 status conference) and any proposed voir dire shall be filed by **November 8, 2021**.

6. **Trial Documents** – In an effort to resolve as many evidentiary and witness issues as possible in advance of trial, the government will provide defense counsel with a courtesy copy of its proposed witness list and exhibit list by **December 14, 2021**. It shall also provide defense counsel with courtesy copies of each marked exhibit from the list by **December 14, 2021**. Defense shall notify the government in writing of any specific objections to the admissibility and/or authenticity of any such marked exhibit by **December 21, 2021**. In addition, the defense reserves

its right to file additional motions in limine upon receipt of the exhibit and witness lists provided that any such motion is based on information or evidence not previously made available to the defense.

7.        **Special Orders Governing the Case** – The parties shall submit in writing their positions on the need for an order under Local Criminal Rule 57.7(c) by **December 21, 2021**.

8.        **Final Pretrial Conference** – The Court will hold a final pretrial conference on **December 17, 2021**, at 9 a.m. in Courtroom 21.

SO ORDERED this 24th day of May, 2021.

HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE